**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Matthew M. Wilkinson                                   CHAPTER 13
                          Debtor(s)

                                                              BKY. NO. 24-13561 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of ARDENT CREDIT UNION F/K/A SB1 FEDERAL CREDIT UNION and index same on the master mailing list.

                                                     Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
10 Oct 2024, 14:05:11, EDT

                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322