# CERTIFICATION OF NO PAYMENT ADVICES FORM

**IN RE:**

        **Matthew Wilkinson**

        **Debtor(s)**

CHAPTER __13__

CASE NO. __-____-bk-__23-12078__

## CERTIFICATION OF NO PAYMENT ADVICES

I, __Matthew Wilkinson__, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), **from any source of employment.** I further certify that I received no payment advices during that period because:

- [ ] I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

- [X] I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition. **(pension)**

- [ ] My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

- [ ] I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

- [ ] I did not receive payment advices due to factors other than those listed above. (Please explain)

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

DATE: __11/25/24__                             _____
                                                         Debtor